UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASE NO: 1:23-cv-00387

**PAMELA JENKINS,**
individually and on behalf of all
others similarly situated,

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**XANADU MARKETING, INC.,**
  Defendant.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Pamela Jenkins and Defendant Xanadu Marketing, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees. All individual claims of the Plaintiff are dismissed without prejudice.

Dated: June 19 2023

| | |
|---|---|
| **HIRALDO P.A.**<br>*/s/ Manuel S. Hiraldo*<br>Manuel S. Hiraldo, Esq.<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>*Attorney for Plaintiff* | */s/ Edward Winkler*<br>Edward Winkler P-66504<br>Attorney for Defendant<br>956 3 Mile Rd N.W.<br>Grand Rapids, MI 49544<br>(616) 485-6566<br>legal.cbc@gmail.com<br><br>Attorneys for Defendant |

1